| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>Jonathan Dawson | C. Date of Delivery<br>5-25-05 |
| 1. Article Addressed to:<br><br>Brady's Tire & Auto Services Inc.<br>1212 1st Avenue<br>Opelika, Al 36801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0001 0762 1904 | |
| PS Form 3811, August 2001 | Domestic Return Receipt   05-469 | 102595-02-M-1035 |