| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C Bell    ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>C Bell     5/25/05 |
| 1. Article Addressed to:<br>Mr. Kenneth Lamar Hubbard<br>c/o Draper Correctional Facility<br>P.O. Box 1107<br>Elmore, AL 36025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0001 0762 1911 |
| PS Form 3811, August 2001 | Domestic Return Receipt    05-469 SRC    102595-02-M-1035 |