IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number: 3:05 CV 469-C |
| GRADY'S TIRE & AUTO SERVICE, INC., KENNETH LAMAR HUBBARD; NELDA SHAW, individually and as the surviving wife and Administrator of the Estate of LEWIS CLENTON SHAW, deceased, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS DEFENDANT

Comes now the plaintiff, Harleysville Mutual Insurance Company ("Harleysville"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, and moves the court to dismiss the defendant, Grady's Tire & Auto Service, Inc. ("Grady's Tire"), with prejudice. In support of the motion, Harleysville shows unto the court the following:

1.Harleysville filed this declaratory judgment complaint seeking in part a judicial determination whether it had a duty to defend and indemnify Grady's Tire for an underlying wrongful death action against it.

2.Harleysville provided a defense to Grady's Tire in the underlying case.

3. The state court granted a summary judgment in favor of Grady's Tire after a hearing on July 11, 2005. It dismissed the wrongful death action against it and only maintained the worker's compensation claim. The worker's compensation claim is being defended under a separate policy issued to Grady's Tire.

4. Grady's Tire joins in this motion and is willing to execute a separate stipulation if requested by the court.

*R. Larry Bradford* (signature)
R. Larry Bradford, Attorney for Plaintiff,
Harleysville Mutual Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford Law Firm, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the _19_ day of July, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Davis L. Middlemas, Esq.
Hebson, Liddon & Slate
3120 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203

Stanley A. Martin, Esq.
P.O. Box 2526
Opelika, Alabama 36803-2526

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　OF COUNSEL