IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-469-C ) |
| GRADY'S TIRE & AUTO SERVICE, INC., *et al* , | ) ) ) ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the scheduling conference presently set on **August 11, 2005 at 9:00 a.m.** be and is hereby RESET to **August 10, 2005 at 9:00 am..**  This conference shall be conducted by telephone conference which shall be set up by the plaintiff.  If any party desires a face-to-face conference with the other parties and the court, the request and any objections should be made in the report of the parties' planning meeting.

Done this 29th day of July, 2005.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE