# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA EASTERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 8/10/05 | AT | 9:03 a.m. to 9:09 a.m. |
| DATE COMPLETED: 8/10/05 | AT | FTR RECORDING |

HARLEYSVILLE MUTUAL INSURANCE COMPANY

    Plaintiff

vs..

    CASE NO. 3:05CV469-CSC

GRADY'S TIRE & AUTO SERVICE, INC., et al.

    Defendant

---

**APPEARANCES:**

| PLAINTIFF | DEFENDANT |
|---|---|
| Atty. Robert Larry Bradford | Atty. Stanly Allen Martin |
| | Atty. Davis Middlemas |
| | Mr. Kenneth Lamar Hubbard, Pro Se |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:    ***TELEPHONE SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Scheduling Conference - 3:05cv469-CSC |
| **Date** | 8/10/2005 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:03:13 AM | Court | Teleohone Conf begins; parties on line as noted; Discussion of Motion to Dismiss; Discussion as to parties consenting to mag judge or case being transferred to district judge; Discussion as to Service of Deft. Hubbard; |
| 9:03:55 AM | Atty. Martin | Informs the court that Deft Grady's Tire & Auto has been dismissed already; |
| 9:04:02 AM | Court | Question as to who's representing Ms. Shaw; |
| 9:04:22 AM | Atty. Middlemas | Informs the court that he represents Ms. Shaw |
| 9:04:58 AM | Court | Discussion of Harleysville Mutual's Motion to dismiss is uopposed; Discussion that all parties have to consent to the Mag. Judge; We do not have consents from everybody; Either everybody have to consent or the case will be transferred to a district judge;Suggest the better thing to do is to transfer the case to a district judge so that the dispositive motion to dismiss to be determined; |
| 9:06:11 AM | Atty. Middlemas | That's fine; |
| 9:06:17 AM | Court | Discussion as to service of Mr. Hubbard; |
| 9:06:38 AM | Atty. Middlemas | He's been served, but he has not answered; |
| 9:06:42 AM | Court | And he's incarcerated and may not answer; |
| 9:06:49 AM | Atty. Bradford | He's been notified of this and the call in number; |
| 9:06:57 AM | Mr. Hubbard | Acknowledges being on line with conf. call; |
| 9:07:02 AM | Court | Questions as to continuing in case representing himself; |
| 9:07:06 AM | Mr Hubbard | Response as to no having the money to get lawyer at this time; |
| 9:07:09 AM | Court | Understands under the circumstances; Will get case transferred to the district judge; Discussion as to any objections to the dismissal of Grady's Tire & Auto service. |
| 9:07:35 AM | Atty. Middlemas | No sir; |
| 9:07:38 AM | Mr. Bubbard | No sir; |
| 9:07:38 AM | Court | Will indicate that to the district judge; |
| 9:07:45 AM | Bradford | Will file a default as to the remaining defendants; |
| 9:08:05 AM | Mr. Hubbard | Questions as to would the case be thrown out; |
| 9:08:12 AM | Court | Explaination to Deft Hubbard, that there is a pending motion to dismiss Grady Tire and Auto Service, that would take them out of the case, but the case will remain open; |
| 9:08:27 AM | Atty. Bradford | Response; |
| 9:08:38 AM | Court | Case was brought plaintiff to this court to determine what rights and responsbilities it had regarding the insured under a policy of insurance; |
| 9:09:02 AM | Court | Willk get this case transferred. Conference call ends. |