**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

August 10, 2005

# NOTICE OF REASSIGNMENT

Re:   Harleysville Mutual Insurance Company v. Grady's Tire & Auto Service, et al.
      Civil Action No. #3:05-cv-00469-CSC

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #3:05-cv-00469-MHT-CSC.  This new case number should be used on all future correspondence and pleadings in this action.