STATE OF ALABAMA

JEFFERSON COUNTY

### AFFIDAVIT OF LARRY BRADFORD

LARRY BRADFORD, being duly sworn, deposes and says on oath as follows:

1. My name is Larry Bradford. I am the attorney of record for the plaintiff, Harleysville Mutual Insurance Company, in this case.

2. The defendant, Kenneth Lamar Hubbard, was duly served with a copy of the summons and complaint on May 25, 2005.

3. More than 20 days have elapsed since the date on which the defendant Hubbard was served with the summons and complaint. He has failed to file an answer or otherwise defend the complaint. He is not an infant or incompetent person.

_____
R. Larry Bradford

Sworn to and subscribed before me on this the 11th day of August, 2005.

_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 5, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS