IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:05cv469-T |
| | ) | |
| GRADY'S TIRE & AUTO | ) | |
| SERVICE, INC., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

All counsel having orally agreed to plaintiff's motion to dismiss defendant (Doc. No. 7), it is ORDERED that the motion is granted and defendant Grady's Tire & Auto Service, Inc. is dismissed.

DONE, this the 15th day of August, 2005.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE