IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE MUTUAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:05cv469-T |
| ) | |
| GRADY'S TIRE & AUTO ) | |
| SERVICE, INC., et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that all defendants, including defendant Kenneth Lamar Hubbard, show cause, if any there be, in writing by September 1, 2005, as to why plaintiff Harleysville Mutual Insurance Company's motion for entry of default judgment (Doc. No. 11) should not be granted. Defendants are informed that if they fail to respond within the time allowed, default judgment will be entered as requested.

DONE, this the 16th day of August, 2005.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE