IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>GRADY'S TIRE & AUTO SERVICE, )<br>INC., KENNETH LAMAR HUBBARD; )<br>NELDA SHAW, individually and as the )<br>surviving wife and Administrator of the )<br>Estate of LEWIS CLENTON SHAW, )<br>deceased,  )<br>)<br>Defendants.  ) | Case Number: 3:05 CV 469-MHT-CSC |

## AMENDED COMPLAINT

Comes now the plaintiff, Harleysville Mutual Insurance Company ("Harleysville"), pursuant to Rule 15 of the Federal Rules of Civil Procedure and the court's August 15, 2005 order, and amends paragraph four of the complaint previously filed by it so that it reads in full as follows:

4. The defendant, Nelda Shaw ("Shaw"), is an individual over the age of 19 years and is a resident citizen of the state of Alabama. She is the plaintiff in an underlying state court case. The decedent, Lewis Clenton Shaw, was an individual over the age of 19 years and was a resident citizen of the state of Alabama at the time of this assault and at the time of his death. Both Shaw and the decedent lived in Opelika, Alabama.

*[signature]*

R. Larry Bradford, Attorney for Plaintiff,
Harleysville Mutual Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford Law Firm, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 16 day of August, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Davis L. Middlemas, Esq.
Hebson, Liddon & Slate
3120 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203

Mr. Kenneth Lamar Hubbard
c/o Draper Correctional Facility
P.O. Box 1107
Elmore, Alabama 36025

*[signature]*
OF COUNSEL