# EXHIBIT A

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| NELDA SHAW; NELDA SHAW as surviving wife and Administrator of the Estate of LEWIS CLENTON SHAW, deceased, | * * * * * |
| Plaintiff, | * * |
| vs. | * CASE NUMBER: CV-04-520 |
| GRADY'S TIRE AND AUTO SERVICE, INC., KENNETH LAMAR HUBBARD, et al. | * * * * |
| Defendants. | * |

BRADFORD LAW FIRM, P.C.
FILE: 8000.196
DATE: 8-26-05

### ORDER

This matter is now before the Court on the Motion to Withdraw filed on August 22, 2005 by the Plaintiff's attorney, Davis L. Middlemas. The Court also notes that the only remaining claim in this case is Count I against the Defendant, Kenneth Lamar Hubbard, who has been served but never filed an appearance. The parties have represented to the Court that he is incarcerated in prison charged with murder.

For good cause, the Plaintiff's attorney, Davis L. Middlemas, is allowed to WITHDRAW from the case at this time and the Motion to Withdraw is hereby GRANTED with the caution that he should carefully inform the Plaintiff of her rights to proceed in the case and the desirability of retaining other counsel. The Court also DISMISSES Count I of the Complaint for failure of the Plaintiff to prosecute the same. This dismissal is WITHOUT PREJUDICE. The dismissal of Count I will now conclude this case and costs are taxed against the Plaintiff.

DONE this the 24th day of August, 2005.

John V. Denson, II
Circuit Judge

cc:  Daivs Lawson Middlemas
David McArthur Wilson
A. Joe Peddy
Kenneth Lamar Hubbard
J. Larry Bradford

FILED
AUG 2 5 2005
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| NELDA SHAW, as surviving wife and administrator of the estate of LEWIS CLENTON SHAW, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>GRADY'S TIRE AND AUTO SERVICE, INC., and KENNETH LAMAR HUBBARD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: CV 04-520<br>)<br>)<br>)<br>)<br>)<br>) |

BRADFORD LAW FIRM, P.C.
FILE: 8000.196
DATE: 8-17-05

## ORDER

This matter is now before the Court upon the filing of Defendant's "Motion For Order Granting Defendant's Previously Filed Motions to Dismiss Plaintiff's Workers' Compensation Claims For Failure to Comply with The Court's Orders" in which the Defendant, by and through its counsel defending Count II of the Plaintiff's Complaint (i.e., workers' compensation) has detailed the extensive motions and orders issued in this case. Plaintiff has failed to timely produce the discovery and executed release as per the Defendant's repeated requests and as per the Court's numerous Orders, including the Court's most recent July 13, 2005 Order giving the Plaintiff seven (7) days to produce the requested discovery and executed releases or suffer dismissal of the workers' compensation claims. The Court finds that the Plaintiff has failed to timely produce any of the requested documentation or executed releases and as such plaintiff's claims for workers' compensation (Count II) are due to be dismissed.

It is therefore, ORDERED, ADJUDGED and DECREED that Plaintiff's last remaining claim against Defendant Grady's Tire & Auto Service, Count II for workers' compensation, is hereby dismissed with prejudice.

DONE this the 12th day of August, 2005

John V. Denson, II
Circuit Judge

FILED
AUG 15 2005
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

cc: Davis Middlemas
Joe Peddy
David M. Wilson
Irene E. Blomenkamp