IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>GRADY'S TIRE & AUTO SERVICE, INC., et al.,   )<br>  )<br>Defendants.   ) | CIVIL ACTION NO.<br>3:05cv469-T<br>(WO) |

## JUDGMENT

By oral agreement of counsel for plaintiff, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Nelda Shaw is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of December, 2005.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE